Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Orlando Division

|  |  |
|---|---|
| Theopholus  Jordan <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint.* <br> *If the names of all the plaintiffs cannot fit in the space above,* <br> *please write "see attached" in the space and attach an additional* <br> *page with the full list of names.)* <br> -v- <br><br> Harry Bermudez, Ryan Mason, et. Al. <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the* <br> *names of all the defendants cannot fit in the space above, please* <br> *write "see attached" in the space and attach an additional page* <br> *with the full list of names. Do not include addresses here.)* | Case No. 6: 23CV-00786 - WWB-LHP <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    *Theopholus Jordan*

All other names by which you have been known:

ID Number    *287913*

Current Institution    *Brevard County Jail Complex*

Address    *860 Camp rd.*

*Cocoa*                *Fl*        *32927*
City                State            Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    *Harry Bermudez #0941*

Job or Title *(if known)*    *Detective/Agent*

Shield Number    *0941*

Employer    *Brevard County Sheriff Major Crimes Unit*

Address    *Guss Hipp Blvd*    *Brevard County Sheriff's Office*

*Rockledge*        *FL*
City            State        Zip Code

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name    *Ryan Mason #2057*

Job or Title *(if known)*    *Detective/Agent*

Shield Number    *2057*

Employer    *Brevard County Sheriffs Office*

Address    *Guss Hipp Blvd*

*Rockledge*        *FL*
City            State        Zip Code

☑ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Unknown Shift Supervisor |
| Job or Title *(if known)* | Supervisor |
| Shield Number | |
| Employer | Brevard County Sheriff's office |
| Address | Guss Hipp Blvd |
| | Rockledge          FL |
| | City          State          Zip Code |

☑ Individual capacity   ☒ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | City          State          Zip Code |

☐ Individual capacity   ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Not sure what amendment(s) these reasons fall under but claims are Wrongful arrest, false imprisonment, Defamation of character, Falsifying police reports. — SEE ATTACHED —

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Detectives Bermudez and Mason of the Brevard county Sheriff's office acted under the color of Law by violating my rights deliberately.
—SEE ATTACHED—

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

1060 W. King St. Cocoa, FL; 636 Peachtree Street, Cocoa, FL. Agent Bermudez, Agent Mason, Vanessa Jordan witness.
—SEE ATTACHED—

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

11-24-21, 11:15 am, 11-24-21, 12:15 pm, / 5-18-2022 10:30 am

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was wrongfully pulled over by Agent Ryan Mason on 11-24-21. I was arrested for Driving while license suspended with knowledge when I clearly had no knowledge, I brandished my license to him and told him I had no knowledge of them being suspended. He did not want to arrest me but was persuaded by Agent bermudez who had a personal vendetta to see me behind bars as he could not arrest me at the moment on a case

V.     **Injuries** he was currently investigating about me, -SEE ATTACHED-
Vanessa Jordan - witness                                   for additional claims,

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

No physical injuries as far as being harmed physically but the mental aspect has caused my health to decline. lack of sleep, Chest pains, headaches, hair loss, PTSD, depression among other issues.

VI.     **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I would like the courts to award me punitive damages in the amount of $15,000,000.00 for the emotional, mentally Spiritual and physical health battles I've been dealing with and will continue to deal with for a life time from the fallout of the actions of these Agents of the Brevard county Sheriff's office, I would also like these officers relieved of duty as there should be no place for sworn oath keepers to break and disobey they law themselves. They are some of the reasons why there are trust issues within the law enforcement agencies.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No            N/A

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know            N/A

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☐ No          N/A

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☐ No          N/A

E.   If you did file a grievance:

1.   Where did you file the grievance?

_____    _____

2.   What did you claim in your grievance?              N/A

_____    _____

3.   What was the result, if any?

_____    _____

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____    _____

FILED    4/26/23    Pg 1

Claims #1

1. Wrongful arrest, false 2023 APR 28 PM 3:47.

On November 24, 20-- --- --- completing my
monthly check-in at probation and parole office
located at 1060 W. King st Cocoa, FL, I was
advised by my probation officer Kala Kelly that I
needed to come in the office to speak with
someone. I already knew it was in regards to
an investigation I was under. While waiting inside
the lobby of the probation office I noticed I
believed a black-colored unmarked Ford Fusion backed
in outside in one of the parking spots facing the
entrance doors. I immediately assumed it was in
regards to me but I just waited to be called in
the back and I was met in back by an agent who
introduced himself as Harry Bermudez. He advised
me that he was investigating issues that had to
do with me and asked if he could ask me
some questions. I agreed and the interview
went on for 30-45 minutes then I was advised
I was free to leave. Upon walking out the exit
of the probation office, I still notice the Ford
Fusion in the same spot with engine running and
A/C on. I could tell it was a law enforcement
vehicle. I walked across the street to where
my car is parked and noticed the Ford Fusion
is now parked at the oppisite end of

PG2

the parking lot facing me. I'm still
nervous about the whole interview but I proceed
to get in my car and I drive directly towards
the Ford Fusion. As I pass by him, as I already
had seen a white male in the car that I
figured was Law enforcement, he pulls behind me.
I make a right turn on Peachtree st traveling
eastbound making sure I obey all traffic laws.
Giving him no reason at all to pull me over. He
continues to follow me and I call my wife and
let her know that cops were behind me and I
think I'm going to be pulled over and going
to jail for what I just had been interviewed
for so I tell her to head over to Cocoa on
Peachtree st. Soon after there was flashing lights
so I pulled over into peachtree carwash parking
lot located at 636 peachtree st, Cocoa, FL. I told
my wife to come there. After sitting in my
car for several minutes waiting on him to come
and let me know what's going on, he finally
comes and asked for my license only. Nothing
else. I asked why did I get pulled over and
he says hang on or hold tight, something along
those lines. ~~He comes back to my car a few~~
I brandished my license to him and he took
them back to his car.

4/26/23    Pg. 3

# #1 continued

A few minutes later he returns and asked what's going on with my license. I told him you have my license, what are you talking about. He says "did you know they were suspended" and I said no I did not. I said I had no knowledge of them being suspended. He asked again and I said the same thing. At this point I notice Agent Harry Bermudez has pulled up in his unmarked car. My wife pulls up a few minutes after that in her car and see's everything from that point on. Then Ryan Mason, the agent who pulled me over, talks to agent Bermudez for several minutes before coming back to me and asking me to step out of my car and come to front of his car where he asked again if I knew my license was suspended. I could tell he was uncofortable about the situation. I again tell him I had no knowledge. At that point he says I'm going to have to arrest you for driving while license suspended. I immediately say, how are you going to do that when I have no knowledge. I said that's illegal. He then puts his cuffs away and goes back to talk to Agent Bermudez. They talk for a few minutes and I observed the look on Agent Bermudez's face that looked like "OK I've had enough" and he then

takes over and has Agent Mason place me
under arrest. I comply while still debating
that this is illegal. My wife Vanessa Jordan is
on looking the whole time. Before being arrested
I was asked by Agent Mason How long have
I lived at my address. I told him around
twelve years and he said well you should've
received mail there as notice of the suspension
which said my license was suspended on June 26
2021. I told him I never received any mail and
I was in and out the house anyways, known to my
probation officer, due to issues with my wife so
I was unaware. Anyways I was arrested and
cited for DWLS with knowledge which I said I had
no knowledge. That caused me to violate probation
and I was held with no bond and finally granted
bond Dec. 10 2021. I had to hire an attorney to
handle both cases for the VOP and for the DWLS
charge and it costs me $6,000.00 The charges were
dropped and the cases dismissed. Agent Bermudez
couldn't arrest me at the time for the incident he was
investigating so he concocted a plan to have me arrested
where he thought I would not get out due to
being on probation. He made sure to ask my
probation officer ahead of time if the DWLS
charge would violate my probation before putting

PG. 1

Claim #2                                    4/26/23

#2 Deformation of Character.

    While my claim of Deformation of Character has nothing to do with the elements of the crime of my new law violation, Case # 2022-CF-027403, Agent Harry Bermudez's intentional acts of falsifying the arrest Affidavit did and will cause me a lifetime of Irreputable harm. As a profitable business owner, His actions will make it imposible to recover financially, mentally and Spiritualy in the near future.

    On May 18, 2022 I was arrested for a new law violation of scheme to defraud. Held on no bond status for a violation of probation charge, the next day I was on the phone with a buddy of mines who was stating he was just in the middle of reading a write up about me on click 6 orlando website. After finding that out I was able to get a copy of the police report in which Agent Bermudez claimed that I used proceeds from the money I obtained from my customers to gamble away over $302,000 at Hard Rock Hotel and Casino in Tampa and Daytona Beach Racing Kennel & Card Club. He claimed $220,148.53 was gambled away at Tampa Hard Rock and $82,740.00 was gambled away at Daytona Kennel Club from the time frame of January 2020 - December 2021. A two year

Period. 24 months. Mind you, the alleged
Victimizing in this case begin in January 2021
and ended February 2022. With that being said,
Agent Bermudez intentionally got records from 12
months of records from January 2020 - December 2020
that have absolutely nothing to do with the time
frame of the alleged Victimizing. He list these dates
in his police reports. Tampa Hard Rock keeps track
of basically every transaction in their Casino's. Agent
Bermudez listed an aggregate total from Tampa Hard Rock
that is a running Annual total of money bought In
with that has absolutely nothing to do with money
lost. It's just a running total. To find out money
gamble away he would have had my win/Loss
Statement records which Hard Rock Tampa keeps track
of. With these records you would get the true total
of money won or loss for that year. So the aggregate
total plus the amount of money total cashed out
with for any year would give you the true win or
losses for that year in which the 14 monts of
alleged Victimizing from Jan. 2021 - Feb. 2022, My
win/Loss statement shows -$33,919 for that time
frame which is nowhere near the $220,148.53 Agent
Bermudez said I gamble away of Customers money
from the Hard Rock Tampa Casino. The 19 year
Veteran, Harry Bermudez had to know this.

PG. 3

4/26/23

Claim # 2 continued

Concerning the $82,740.^{00}$ Agent Bermudez said I gamble away at Daytona Card Club is a made up claim and it seems he pulled that ~~figure~~ figure out his rear end. I have my records in hand which was subpenaed by my attorney Dayna Rivera for the purpose of my new case which refutes the claims of Agent Bermudez. The records show my cash in amount from 03/21 - 11/30/2021 was $102,740.^{00} and my cash out amount was $127,000.^{00}. That's $24,260.^{00} cash flow positive for that time frame which is the only time I ~~visit~~ visited the Daytona Casino which is the same time frame as the alleged victimizing in 2021. His numbers don't add up. Not one single dime of my customers money was spent on gambling and the records will prove what I'm saying to be right. While Detective Bermudez's claims have nothing to do with the elements of the crime, there is no need for ~~to prosecute so~~ my new law violation case be resolved in order to proceed with my law suit. It is my belief that the 19 year veteran purposely and intentionally gave false records to try and justify his claims of me gambling away customers money to support a gambling habit. He could not justify the amount of money he said I

PG. 4

gambled away of "victims" money with the
true records so he intentionally chose to
omit true records. Those false accusations lead
to the news article as well as a spot on news
channels centered around me gambling all this
money away which was false. There was alot
of bashing me on social media and people calling
my wife and my friends, fall out with my friends
and family and last but not least, a pending
divorce from my wife of 15 years. 11+ months
thus far of emotional tourture dealing with the
fall out of this. Emotionally, mentally, spiritually
I am drained. It has caused me depression and
insomnia amoung other hardships. As a business
owner who made over $200,000 in 2021, I will
never be able to recover and the fall out will
lead to my relocation to another state after I
handle my legal cases. Hopefully this satisfies my
claims and there is more facts to the story also.
 I have all records and from the time frame he
stated, my loses in that 14 month time frame would
be only $9,659. I made way more than enough
to support a gambling habit. Agent Bermudez
had it out for me at all cost.

4/26/23 PG.5

# 1 continued

the plan into action. According to their
case reports, both agents had knowledge that
my license was suspended but they intentionally
allowed me to break the law. I believe that
is called fruit of a ~~poisonustree~~ poisonous
tree. Agent Bermudez had a personal vendetta
against me and was willing to do unlawful
and did unlawfull things to have me arrested.
Case # 2021-00431635-DWLS. Case Report by
Harry Bermudez, Case Supplement report by Ryan
Mason. Both reports back my story but some
slick wording by Bermudez in his report tries to
give claims to me admitting to something which any
simpleton can see past that. I lost a lot of
money, a lot of time and something I can never
get back was missing my son's 6th birthday which
was a day after I got arrested. It was November
25, 2021. I also missed Thanksgiving which was
two days after I got arrested. My wife is a
night shift Nurse and depended on me to help
with the kids among other things during that
time. ~~It's the~~ She had to take out a personal
loan to pay for my attorney and pay my bond
which she is still paying that off today. My
arrest caused a lot of disruptions.

"Under the color of law"                                    4/26/23

Agents Harry Bermudez #0941 and Agent Ryan Mason #2057, County employee's of a government agency acted under the color of law as Oath Keeper's to uphold the law. My Constitutional rights and rights to due process were violated by being unlawfully detained, arrested and imprisoned by Agent Ryan Mason and Agent Harry Bermudez. My rights were also violated again on a seperate claim by agent Harry Bermudez, Undersigned by Agent Ryan Mason, by falsifying an Arrest Affidavit of the claims listed on the Affidavit.

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

N/A

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

 No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

NO

☐ Yes

☑ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4/26/23

Signature of Plaintiff

Printed Name of Plaintiff    Theopholus Jordan

Prison Identification #    287913

Prison Address    860 Camp rd

Cocoa                                FL            32927
City                                State          Zip Code

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City                                State          Zip Code

Telephone Number

E-mail Address